## Exhibit A to the Complaint

**Location:** Media, PA  **IP Address:** 100.14.202.108
**Total Works Infringed:** 40  **ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | D955F68261722279 4209411287527AE5F7433652 | 03/04/2025 16:18:13 | TushyRaw | 01/07/2025 | 01/16/2025 | PA0002509654 |
| 2 | C393C44A88121D68EB75BE62E60D9F4C73E8CDBD | 01/21/2025 05:33:50 | Milfy | 01/08/2025 | 01/16/2025 | PA0002509390 |
| 3 | 676989F7D5DD524DE7EA6137A2FE025E57960C5B | 10/07/2024 16:49:16 | Milfy | 09/25/2024 | 10/16/2024 | PA0002494687 |
| 4 | A680D284B973E8D0B1AD72BE2F801B73B5B56AFD | 09/14/2024 04:17:53 | Milfy | 08/21/2024 | 09/17/2024 | PA0002490356 |
| 5 | 424F964F6C6A3FF16F4BA8ABD9A2981A2D62D915 | 09/14/2024 04:15:04 | Milfy | 08/09/2023 | 12/05/2023 | PA0002443594 |
| 6 | 7acc5db3a47a9805f3b980a6d975232b78e94378 | 09/05/2024 07:39:56 | Slayed | 08/19/2021 | 09/08/2021 | PA0002316102 |
| 7 | 2d8fe1ff2a4beb5a3313b4bee28c7778eb659926 | 09/02/2024 05:42:19 | Vixen | 07/31/2020 | 08/11/2020 | PA0002252260 |
| 8 | d5f4402ec8ee0177c1d8e81d862405413c175741 | 08/11/2024 18:52:21 | Blacked | 01/10/2019 | 02/02/2019 | PA0002155382 |
| 9 | c02a16950f3fb10c921bce3337b7ba426e5aeeab | 08/11/2024 07:41:25 | Vixen | 01/15/2021 | 02/02/2021 | PA0002280500 |
| 10 | 59991B48125DBB7D6080CDC47F905CD6220CA1A7 | 08/05/2024 04:34:19 | Milfy | 08/23/2023 | 12/05/2023 | PA0002443638 |
| 11 | 7EEDBB21BB899BB8214503C47CABEFC658F37EB7 | 07/18/2024 00:37:23 | Milfy | 07/17/2024 | 09/05/2024 | PA0002491145 |
| 12 | 5d507740dda641a0751123e15cb89295389339a6 | 07/15/2024 14:37:58 | Blacked Raw | 08/10/2020 | 08/18/2020 | PA0002253097 |
| 13 | 2bcbcc603fda8e375134a111f2d26e3b118569c3 | 07/15/2024 00:45:37 | Blacked | 05/14/2022 | 05/20/2022 | PA0002350380 |
| 14 | 79a3fef4849b815e7406918398102e8a848a80a1 | 07/14/2024 16:58:37 | Tushy | 07/02/2023 | 07/13/2023 | PA0002420348 |
| 15 | 169b11667f60bab0f197cc50c472baf8eccfea21 | 07/12/2024 22:21:29 | Tushy | 06/19/2022 | 08/10/2022 | PA0002370907 |
| 16 | a4efc2e74cef2094c4ad297d5c2cdc48dd65485f | 07/07/2024 10:52:23 | Blacked Raw | 09/14/2020 | 09/29/2020 | PA0002258688 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 57e7e859d2b2030a44191bc92ff87c8d9485f5a0 | 07/05/2024 13:43:09 | Blacked Raw | 09/29/2019 | 10/21/2019 | PA0002207777 |
| 18 | 52b1fb746f8539ead78584b4560c3a4964320db2 | 07/03/2024 09:29:17 | Blacked Raw | 11/08/2021 | 01/07/2022 | PA0002337933 |
| 19 | 4c8a072c53966cd86bb68abf3509fb31a7eb45ab | 06/11/2024 21:57:20 | Blacked | 11/14/2020 | 11/30/2020 | PA0002266362 |
| 20 | 59dd288baadf757205ce3c3d12775311336dbc5a | 06/10/2024 10:02:45 | Vixen | 03/31/2023 | 04/09/2023 | PA0002405749 |
| 21 | 2dc8e47ae93b26c0623116db766b923f639472ae | 06/09/2024 23:22:42 | Blacked Raw | 03/08/2019 | 04/29/2019 | PA0002169934 |
| 22 | fa3a5ebf1e587d6d769073df0c0a72fa142d58c5 | 06/09/2024 05:45:51 | Blacked | 05/18/2024 | 06/18/2024 | PA0002476745 |
| 23 | e30df2b476577e7bfd3e7621e054ff383529fc48 | 06/09/2024 01:09:31 | Tushy | 02/25/2019 | 04/17/2019 | PA0002187005 |
| 24 | ca976020eab85f147f07b2bf5880e08c37b8859e | 06/08/2024 18:34:50 | Blacked Raw | 12/13/2019 | 01/22/2020 | PA0002234865 |
| 25 | f1962a85f4e8bcb8ff7912006bb24b61f658c8bf | 06/07/2024 04:42:05 | Milfy | 06/28/2023 | 08/22/2023 | PA0002431069 |
| 26 | 82726987b45dab68f9b3e7f263939e859dfc96ff | 05/30/2024 11:15:25 | Vixen | 08/25/2023 | 09/18/2023 | PA0002431081 |
| 27 | 5594ab9d5cf274233b7a0d9a30fcf3eb1295ddf6 | 05/29/2024 22:38:54 | Blacked Raw | 04/24/2023 | 05/14/2023 | PA0002411259 |
| 28 | 5bdfe2c977d09abacff2d39528f243eee2cdecb4 | 05/29/2024 12:54:20 | Blacked Raw | 07/06/2019 | 08/02/2019 | PA0002192304 |
| 29 | 22238c4fbcb8a5a40c1cd74b1d49504ad024d9bc | 05/29/2024 00:37:20 | Blacked | 03/02/2024 | 03/12/2024 | PA0002459225 |
| 30 | 1ecf8865cb8eb26c22d08e58605e641086a74e00 | 05/28/2024 21:40:35 | Slayed | 06/14/2022 | 07/21/2022 | PA0002367489 |
| 31 | dc82be29c59e6eca1e28581c65191716fe7ffdb0 | 05/27/2024 23:39:52 | Vixen | 07/13/2019 | 08/02/2019 | PA0002192302 |
| 32 | 0598f403471112e01187e19ff7d2ff9fee3cce44 | 05/26/2024 04:22:48 | Vixen | 01/12/2024 | 02/14/2024 | PA0002454976 |
| 33 | 03a5feb2a1b7476a3a0a9c5e192ffbafd7f83ea5 | 05/25/2024 05:34:18 | Tushy | 01/16/2022 | 03/04/2022 | PA0002345785 |
| 34 | f96a9581fb918ed75ad9e772e11f3775c58727dc | 05/25/2024 01:50:56 | Vixen | 03/20/2020 | 04/17/2020 | PA0002246116 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 794332F926418911ED14F2AEA717650249800BEA | 05/23/2024 04:13:40 | Milfy | 05/22/2024 | 06/20/2024 | PA0002477021 |
| 36 | 4c3a7c56ed25d218cbeb5d084bb7900c76335dcb | 05/22/2024 10:33:59 | Tushy | 07/30/2023 | 08/17/2023 | PA0002425542 |
| 37 | 766f59f8d0f8cd5b0c71493b61ca36fae5ddd1aa | 05/22/2024 08:37:37 | Vixen | 09/06/2019 | 09/13/2019 | PA0002200698 |
| 38 | ba0d73692ef7785525140318c76607824a8683ca | 05/22/2024 00:32:59 | Tushy | 03/07/2019 | 03/31/2019 | PA0002163981 |
| 39 | 0b772e98d3199f9cfff02f14f0750ccc97b96d10 | 04/17/2024 06:32:48 | Tushy | 09/24/2023 | 10/18/2023 | PA0002435287 |
| 40 | 80a6cdae6af3f1c48a9fb684434027468b56ec1a | 04/12/2024 19:54:49 | Tushy | 11/14/2021 | 01/07/2022 | PA0002337916 |